JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA HERNANDEZ, individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MRS BPO, LLC<br><br>                    Defendant. | Case No. 15-cv-01066 DOC JCG<br><br>ORDER DISMISSING ACTION [19] |

Based on the Stipulation to Dismiss by Plaintiff Johanna Hernandez and Defendant MRS BPO, LLC, the above-captioned action is hereby dismissed prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Order Dismissing Action

1